IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:32 pm, May 04, 2023
JEFFREY P. COLWELL, CLERK

Civil Action No. _____
(To be supplied by the court)

__Leila Cruz_____, Plaintiff

v.

__Louella Sicles_____,

__CO Office of administrative courts__,

__CO DEPT OF HUMAN SERVICES__,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
**X** Yes ___ No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Leila Cruz  2000 E. Broadway Box 174, Columbia, MO 65201
(Name and complete mailing address)

573-814-8604
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:
CO DEPT OF HUMAN SERVICES
1300 Broadway 10th Floor Denver CO 80203
(Name and complete mailing address)

720-508-6000
(Telephone number and e-mail address if known)

Defendant 2:
Colorado office of administrative court
1525 Sherman St., Denver, CO 80203
(Name and complete mailing address)

303-866-2000
(Telephone number and e-mail address if known)

Defendant 3:
Louella Sickles, adult epcdhs don't financial services worker
1675 garden of the Gods Rd., Colorado Springs, CO 80907
(Name and complete mailing address)

719-636-0000
(Telephone number and e-mail address if known)

Defendant 4:
(Name and complete mailing address)

(Telephone number and e-mail address if known)

2

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_The violence against women act. The rehabilitation act._

_The Americans with disabilities act.Unruh Act, Fair Housing Act_

____   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

3

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: The defendant, active in concert to deprive me of rights/protection's I am afford it under The Americans with disabilities act

Supporting facts:

Who: Colorado department of human services in conjunction with the Colorado office of administrative courts
When: from January 1, 2019 through April 30, 2023, the discrimination is ongoing
Where: 1525 Sherman St., Denver, CO 80203 and 1675 Garden of the Gods Rd., Colorado Springs, CO 80907
What: I provided medical verification, a permanent congenital blindness, and Disability I requested policy modification Alternative format, documents, appropriate current assistive technology, and adaptive software with accessories and training , qualified, reader, and interpreter, but the two agencies refused to provide them and refused to comply with their own non-discrimination statement, or the federal assistance rules for persons with disabilities and the blind in the administration and eligibility determination of my applications for state and federal assistance programs

Claim 2: the defendants deprived me of protections afforded me under the violence against women act and discriminated against me on the basis of my gender and familial status in the administration of child, protective and public assistance programs
Who: both named defendants and their employees Luella sickles. Coleman and Randall.
When: between January 1 2019 and April 30, 2023, and ongoing
Where: 1525 Sherman St., Denver, CO 80202
What: falsely accused me of using aliases to commit welfare fraud when my identity was changed in a sealed court, proceeding to protect survivors of human trafficking, and domestic violence, along with their children, subjecting mean to repeated falls, fraud, allegations, and harassment by the fraud unit, which specifically targeted me based on my status as a victim survivor, and on my religious affiliation and spiritual practices. Deliberately repeatedly cross reference to my state identity with my birth identity, causing my abuser to locate me repeatedly

Claim 3: fair, housing act, violations, discriminating against me, because I participate in the main stream housing choice voucher program for the blind, elderly, disabled and chronically ill. Because of my permanent congenital disabilities, and because I require accommodation for a personal care attendant, prescribed by my doctor and access to special cooking facilities and storage of my life sustaining medication. I participate in the home main stream housing choice, voucher for people with disabilities, the federal government makes vendor rent payments directly to my landlord and the utility company, and I have no access to that income. The defendants treated me differently based solely on the fact that I am disabled and used these bender payment against me to create a false intentional program, violation overpayment and sanction case against me, when they do not treat people without disabilities who participate in the program in this manner.

Claim 4: I was excluded from programs and services. I was provided different terms of eligibility and different terms of service, and I was denied reasonable accommodations, policy modifications and disability assistance in the administration of federal, funded child, welfare, adult, cash assistance, temporary assistance for needy families and supplemental nutrition, assistance programs based solely on my disability my religion, and because I participated in activities to enforce Civil Rights and was a witness in a civil rights investigation against the defendants and their employees the defendants outfit outside of their official capacity, including every case manager, who acted in concert with the agencies to deprive me of my rights, and to deprive me a full participation and access to their services forms website, physical location, and publications

4

Claim 5: Louella Sickles deprived me of access to services programs, facilities, disability, reconsideration, adverse agency, action appeals, and made false fraud report against me several times to retaliate for my civil rights enforcement activities. She acted outside of her official capacity and abused her access to my confidential client information to seek revenge on me personally outside of the agency and federal program assistance rules.

E.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

$40 million and punitive damages, unruh act violations compensation.
Damages for mental anguish, emotional distress, false imprisonment
Slander, libel, and retaliation harassment for Civil Rights enforcement activities

F.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____   Petitioner is blind signs with a mark
(Plaintiff's signature)

05-04-2023
_____
(Date)

(Revised February 2022)

5