IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01136-LTB-SBP

LEILA CRUZ, *also known as* Leila M. Cruz, Leila Marie Cruz, and Leila McCoy,

    Plaintiff,

v.

SICLES LOUELLA,
CO OFFICE OF ADMINISTRATIVE COURTS, and
CO DEPT OF HUMAN SERVICES,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on August 24, 2023, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, August 24, 2023.

                                   FOR THE COURT,

                                   JEFFREY P. COLWELL, Clerk

                                   By: s/ J. Torres
                                   Deputy Clerk